FILE COPY



**Court of Appeals**

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 14, 2015

Matthew C. Martindale
Attorney at Law
905 S. Fillmore, Suite 650
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00376-CR, 07-14-00377-CR
Trial Court Case Number: 69,437-A, 69,279-A

**Style:** Humberto Clemente Gutierrez v. The State of Texas

Dear Counsel:

The Court has issued mandate in the captioned cause.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)